# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| DIANE WEAVER and JAMES WEAVER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CV 04-J-1350-S |
| JOHNSON & JOHNSON, et al., | ) ) | |
| Defendants. | ) ) | |

## ORDER

The parties having filed a joint stipulation for dismissal (doc. 30), and the court having considered the same and the court being of the opinion that defendant Johnson & Johnson Vision Care, Inc. should be dismissed;

It is therefore **ORDERED** by the court that plaintiffs' claims against defendant Johnson & Johnson Vision Care, Inc. are hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs.  This being the final defendant to be dismissed in this case, it is **FURTHER ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this 25th day of August, 2005.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE